**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **KEDRA et al.** | ) | CASE NO.: 5:26-cv-01410-BYP |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | **JUDGE BENITA Y. PEARSON** |
| v. | ) | |
| | ) | |
| **NVR, INC.** | ) | |
| | ) | **DEFENDANT NVR, INC.'S** |
| *Defendant.* | ) | **CORPORATE DISCLOSURE** |
| | ) | **STATEMENT** |
| | ) | |

Pursuant to Fed. R. of Civ. Procedure 7.1 and Local Rule 3.13, the undersigned counsel for Defendant NVR, Inc. ("NVR"), makes the following disclosures:

1.      NVR is a non-governmental publicly traded corporation (NYSE: NVR).

2.      There is no parent corporation or publicly held corporation owning 10% or more of its stock.

3.      There is no publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, or a franchise or indemnity agreement.

4.      NVR is a Virginia corporation with its principal place of business in the Commonwealth of Virginia.

Respectfully submitted,

*/s/ Ryan W. Gillespie*
David D. Yeagley (0042433)
Ryan W. Gillespie (0102606)
**UB GREENSFELDER LLP**
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
(216) 583-7000
(216) 583-7001 (Fax)
dyeagley@ubglaw.com
rgillespie@ubglaw.com

*Attorneys for Defendant NVR, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 23, 2026, a copy of *Defendant NVR, Inc.'s Corporate Disclosure Statement* was electronically filed via the Court's CM/ECF system.  Notice and a copy of this filing will be sent to counsel of record for all parties via the Court's CM/ECF system.

*/s/ Ryan W. Gillespie*

*One of the attorneys for Defendant NVR, Inc.*

2