# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **KEDRA et al.** | ) | CASE NO.: 5:26-cv-01410-BYP |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | **JUDGE BENITA Y. PEARSON** |
| | ) | |
| **NVR, INC.** | ) | |
| | ) | **DEFENDANT'S UNOPPOSED** |
| *Defendant.* | ) | **MOTION FOR EXTENSION OF** |
| | ) | **TIME TO ANSWER, MOVE, OR** |
| | ) | **OTHERWISE PLEAD** |

Defendant NVR, Inc. ("Defendant") moves pursuant to Fed. R. Civ. P. 6(b)(1)(A) for an extension of time, through and including July 28, 2026, to answer, move, or otherwise respond to Plaintiff's Complaint.

Defendant's current deadline to respond is June 30, 2026. Additional time is necessary to allow Defendant to fully analyze the allegations in the Complaint, investigate the underlying facts, and prepare an appropriate response. In addition, Defendant's counsel have preexisting professional obligations that limit their availability during the current response period, and additional time is needed to confer with Defendant regarding the claims at issue.

This request is made for good cause and not for purposes of delay. Defendant has conferred with Plaintiff's counsel regarding the requested extension, and Plaintiff does not oppose this Motion.

Accordingly, for good cause shown and in the interests of justice, Defendant respectfully request that the Court grant this Motion and extend their deadline to respond to Plaintiff's Complaint to July 28, 2026.

Respectfully submitted,

*/s/ Ryan W. Gillespie*
David D. Yeagley (0042433)
Ryan W. Gillespie (0102606)
**UB GREENSFELDER LLP**
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
(216) 583-7000
(216) 583-7001 (Fax)
dyeagley@ubglaw.com
rgillespie@ubglaw.com

*Attorneys for Defendant NVR, Inc.*

## CERTIFICATE OF SERVICE

I certify that on June 26, 2026, a copy of *Defendant's Unopposed Motion for Extension of Time to Answer, Move, or Otherwise Plead* was electronically filed via the Court's CM/ECF system.  Notice and a copy of this filing will be sent to counsel of record for all parties via the Court's CM/ECF system.

*/s/ Ryan W. Gillespie*

*One of the attorneys for Defendant NVR, Inc.*

2