# United States District Court
## Northern District of Ohio
### Office of the Clerk
2-161 Carl B. Stokes United States Court House
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Christian M. Capece
Clerk of Court

(216) 357-7000

July 1, 2026

Stark County Court of Common Pleas
Clerk of Courts
115 Central Plaza North, Suite 101
Canton, OH  44702

Re:    Original State Court Record Case No. 2026CV01136
        USDC Northern District of Ohio Case No. 5:26CV01410-BYP
            Haley Kedra and Blake Kedra v. NVR, Inc.

Dear Clerk,

A Notice of Removal was filed in our court on the above-referenced case. On June 30, 2026, we received and e-filed the original state court documents from your court.  These documents are now part of our electronic case file; therefore, the original documents are being returned.  Please acknowledge receipt of the documents by returning a time-stamped copy of this letter in the enclosed envelope.  Thank you.

Sincerely,

Christian M. Capece, Clerk

By: SMS
Deputy Clerk

Enclosures

568 John F. Seiberling
Federal Building and U.S. Court House
2 South Main Street
Akron, OH  44308-1876
(330) 252-6000

114 James M. Ashley & Thomas W. L. Ashley
U.S. Court House
1716 Spielbusch Avenue
Toledo, OH  43604-5385
(419) 213-5500

337 Thomas D. Lambros
Federal Building and U.S. Court House
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7400