CLEVELAND OH 440

11 JUL 2026 PM 7 L

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

# BUSINESS REPLY MAIL
FIRST-CLASS MAIL  PERMIT NO. 12615  WASHINGTON DC

POSTAGE WILL BE PAID BY  ADMIN OFFICE OF THE US COURTS

JOHN F. SEIBERLING FEDERAL BUILDING
& U.S. COURTHOUSE
2 SOUTH MAIN STREET
AKRON OHIO 44308-9901