**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| BLAKE KEDRA, et al. | CASE NO. 5:26-cv-01410-BYP |
| Plaintiffs, | JUDGE BENITA Y. PEARSON |
| vs. | |
| NVR, INC. | **PLAINTIFFS' MOTION TO STAY BRIEFING OF MOTION TO DISMISS UNTIL RESOLUTION OF 6TH CIR. CASE NO. 26-3309, OR IN THE ALTERNATIVE MOTION FOR EXTENSION OF TIME TO FILE RESPONSE IN OPPOSITION TO DEFENDANT NVR, INC.'S MOTION TO DISMISS** |
| Defendant | |

Plaintiffs Blake and Haley Kedra, through counsel, respectfully request that this Court stay briefing of Defendant's motion to dismiss until after the resolution of Case No. 26-3309, presently pending before the 6th Circuit Court of Appeals. See *Lawrence v. NVR, Inc.*, Case No. 26-3309 (6th Cir.). As indicated in Defendant's motion to dismiss, the present case is similar in many respects to the *Lawrence* case in that Defendant's chief defense is the contractual limitations clause. The limitations clause at issue is on appeal to the 6th Circuit, so principles of judicial economy suggest that it may be in the best interest of the parties and the Court to refrain on preparing and reviewing additional briefing on Defendant's motion to dismiss until the 6th Circuit has had a chance to review and weigh in on the issue of the contractual limitations provision. Otherwise, the Plaintiffs in the present case will be forced to spend additional time, money, and resources defending against a motion that depends entirely on a clause that may end up being ruled unlawful by the 6th Circuit.

In the alternative, Plaintiffs request an extension of time to respond to the motion to dismiss filed by Defendant. Plaintiffs request a 14 day extension of time to properly respond to the motion

to dismiss. This request for extension of time is not made for delay, but is requested to support additional briefing related to enforcement of contractual limitations clauses, in a construction context, in jurisdictions outside of Ohio.

Respectfully submitted,

*/s/Michael R. Fortney*
Michael R. Fortney (#0092325)
FORTNEY LAW, LLC
300 Weatherstone Dr. #303
Wadsworth, OH 44281
(330) 619-8502
mike@ohiolienlawyer.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 11, 2026, a copy of the foregoing was submitted for electronic filing. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Clerk of Courts' E-Filing System.

*/s/Michael R. Fortney*
Michael R. Fortney #0092325