**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| BLAKE KEDRA, et al. | CASE NO. 5:26-cv-01410-BYP |
| Plaintiffs, | JUDGE BENITA Y. PEARSON |
| vs. | |
| NVR, INC. | **PLAINTIFFS' NOTICE OF DISMISSAL** |
| Defendant | |

Plaintiffs Blake and Haley Kedra, through counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismiss their claims against Defendant, without prejudice.

Respectfully submitted,

*/s/Michael R. Fortney*
Michael R. Fortney (#0092325)
FORTNEY LAW, LLC
300 Weatherstone Dr. #303
Wadsworth, OH 44281
(330) 619-8502
mike@ohiolienlawyer.com
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 12, 2026, a copy of the foregoing was submitted for electronic filing. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Clerk of Courts' E-Filing System.

/s/Michael R. Fortney
Michael R. Fortney #0092325