PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| BLAKE KEDRA, *et al.*, | ) | |
| | ) | CASE NO. 5:26-CV-01410 |
| Plaintiffs, | ) | |
| | ) | |
| *v.* | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| NVR, INC., | ) | |
| | ) | **ORDER** |
| Defendant. | ) | |

On August 12, 2026, Plaintiffs Blake Kedra and Haley Kedra filed a Notice of Dismissal informing the Court that "Through counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismiss their claims against Defendant, without prejudice." ECF No. 11 at PageID #: 139. Under Rule 41(a)(1)(A), however, a plaintiff may voluntarily dismiss only if they (a) file a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment or (b) obtain signed consent from all parties who have appeared. Here, Defendant NVR, Inc. appeared, answered, and moved to dismiss[1] on July 14, 2026. ECF Nos. 8, 9. And there is no evidence that they stipulate to Plaintiff's proposed dismissal "without prejudice." The Court thus construes Plaintiff's filing as a motion for voluntary dismissal under Rule 41(a)(2). Within seven days of this Order, Defendant shall inform the Court *via* docket entry whether it opposes Plaintiff's motion and, if so, the justification for that opposition—*i.e.*, whether it would suffer "plain legal prejudice" as

---

[1] Plaintiff did not respond in opposition to Defendant's Motion to Dismiss (ECF No. 8), and their time to do so has passed. *See* Local Rule 7.1(d).

a result. *Pedreira v. Sunrise Child. Services, Inc.*, 79 F.4th 741, 751 (6th Cir. 2023) (citing *Grover by Grover v. Eli Lilly & Co.*, 33 F.3d 716, 718 (6th Cir. 1994)).

IT IS SO ORDERED.

| | |
|---|---|
| August 19, 2026 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |