**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KEDRA et al.** <br><br> *Plaintiffs*, <br><br> v. <br><br> **NVR, INC.** <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO.: 5:26-cv-01410-BYP <br><br> **JUDGE BENITA Y. PEARSON** <br><br> **DEFENDANT NVR, INC'S RESPONSE TO AUGUST 19, 2026 ORDER** |

Pursuant to the Court's August 19, 2026 Order (Dkt. 12), Defendant NVR, Inc. states that it does not oppose Plaintiffs' voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2). NVR reserves all of its rights, claims, interests, and defenses.

Respectfully submitted,

*/s/ David D. Yeagley*

David D. Yeagley (0042433)
Ryan W. Gillespie (0102606)
**UB GREENSFELDER LLP**
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
(216) 583-7000
(216) 583-7001 (Fax)
dyeagley@ubglaw.com
rgillespie@ubglaw.com

*Attorneys for Defendant NVR, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on August 24, 2026, a copy of *Defendant NVR, Inc.'s Response to August 19, 2026 Order* was electronically filed via the Court's CM/ECF system. Notice and a copy of this filing will be sent to counsel of record for all parties via the Court's CM/ECF system upon all counsel of record.

*/s/ David D. Yeagley*

*One of the Attorneys for Defendant NVR, Inc.*