Without objection from the defense,
dismissal without prejudice is approved.
/s/ *Benita Y. Pearson* on 8/31/2026
United States District Judge

3

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| BLAKE KEDRA, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>NVR, INC.<br><br>Defendant | CASE NO. 5:26-cv-01410-BYP<br><br>JUDGE BENITA Y. PEARSON<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL** |

Plaintiffs Blake and Haley Kedra, through counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismiss their claims against Defendant, without prejudice.

Respectfully submitted,

*/s/Michael R. Fortney*

Michael R. Fortney (#0092325)
FORTNEY LAW, LLC
300 Weatherstone Dr. #303
Wadsworth, OH 44281
(330) 619-8502
mike@ohiolienlawyer.com
Attorney for Plaintiffs